1  MELINDA S. RIECHERT, State Bar No. 65504
   DARYL S. LANDY, State Bar No. 136288
2  SHWETA GERA, State Bar No. 234627
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Telephone:  650.843.4000
5  Facsimile:  650.843.4001
   Email: mriechert@morganlewis.com;
6  dlandy@morganlewis.com;
   sgera@morganlewis.com
7
   JENNIFER WHITE, State Bar No. 166504
8  MORGAN, LEWIS & BOCKIUS LLP
   5 Park Plaza, Suite 1750
9  Irvine, CA  92614
   Telephone:  949.399.7000
10 Facsimile:  949.399.7001
   Email: jennifer.white@morganlewis.com
11
   Attorneys for Defendant
12 EISAI INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

17 | MARIE OCHOA, an individual, on behalf of herself and all persons similarly situated, | Case No. 4:11-cv-01349-PJH |
   | | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
   | Plaintiff, | |
   | v. | |
   | EISAI INC., a Delaware Corporation, | |
   | Defendant. | |

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22399034.1

STIPULATION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO.: 4:11-cv-01349-PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Stipulation is made by and between Plaintiff Marie Ochoa ("Plaintiff") and Defendant Eisai Inc. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record:

WHEREAS, Plaintiff served the Complaint on Defendant on April 1, 2011;

WHEREAS, the last day for Defendant to file a responsive pleading to Plaintiff's Complaint is April 22, 2011;

WHEREAS, there have been no prior requests for an extension of time to respond to the Complaint;

WHEREAS, the parties have agreed, by and through counsel of record, to extend the last day for Defendant to respond to the Complaint for twenty-one (21) days, until May 13, 2011;

WHEREAS, pursuant to Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, good cause exists for an extension because counsel for Defendant needs additional time to complete its preliminary investigation of the allegations in Plaintiff's Complaint so that it may be prepared to respond thereto;

THEREFORE, the parties hereby stipulate THAT:

The deadline for Defendant to respond to Plaintiff's Complaint is extended to May 13, 2011.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/22399034.1

1

STIPULATION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO.: 4:11-cv-01349-PJH

1    Dated: April 22, 2011                    MORGAN, LEWIS & BOCKIUS LLP

2

3                                             By _____/s/_____
                                                Melinda S. Riechert
4                                               Daryl S. Landy
                                                Shweta Gera
5                                               Attorneys for Defendant
                                                EISAI INC.
6

7    Dated: April 22, 2011                    BLUMENTHAL, NORDREHAUG & BHOWMIK

8

9                                             By _____/s/_____
                                                Norman B. Blumenthal
10                                              Kyle R. Nordrehaug
                                                Aparajit Bhowmik
11                                              Piya Mukherjee
                                                Attorneys for Plaintiff
12                                              MARIE OCHOA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   PALO ALTO

DB2/22399034.1                          2          STIPULATION TO EXTEND TIME TO
                                                   RESPOND TO PLAINTIFF'S COMPLAINT
                                                   CASE NO.: 4:11-cv-01349-PJH